# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TECHNO VIEW IP, INC.**, | ) CASE NO.: 8:17-CV-01268-CJC |
| PLAINTIFF, | ) |
| VS. | ) **[PROPOSED] ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE** |
| **SONY INTERACTIVE ENTERTAINMENT LLC, AND** | ) |
| **SONY INTERACTIVE ENTERTAINMENT AMERICA LLC,** | ) |
| DEFENDANTS. | ) |

WHEREAS on February 4, 2019 the Parties filed a Joint Motion for Dismissal with Prejudice, the Court hereby orders that the above captioned matter is dismissed in its entirety, with Prejudice, with each side to bear its own costs, expenses, and attorney's fees.

**SO ORDERED**, this ___ day of _____ 2019.

_____
The Honorable Cormac J. Carney
United States District Court Judge